JS-6

**UNITED STATES DISTRICT COURT,**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

NICOLE HILTON,

          Plaintiff,

   vs.

CENTRAL PORTFOLIO CONTROL,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:09-cv-07540-CAS-SS**

**ORDER OF DISMISSAL WITH PREJUDICE**

     Based upon the Stipulation to Dismiss by all appearing parties and pursuant to

Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with

prejudice with each party to bear its own fees and costs.

    **IT IS SO ORDERED.**

Dated:  March 26, 2010

_____
The Honorable Judge
Christina A. Snyder
United States District Judge

1

_____

[Proposed] Order